IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 20-417-02** |
| **BILAL MITCHELL**<br>    a/k/a "Omar,"  | : | |
|     a/k/a "Walkdown" | : | |

**O R D E R**

AND NOW, this **17th** day of J**uly, 2023**, upon consideration of the Government's Motion to Dismiss defendant Bilal Mitchell from the above-captioned indictment (ECF No. 129), it is hereby **ORDERED** that the motion is **GRANTED.** The indictment is dismissed as to defendant Bilal Mitchell, only.

BY THE COURT:

*Eduardo C. Robreno*
**HONORABLE EDUARDO C. ROBRENO**
*Senior Judge, United States District Court*